# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SCOTT EARLE,

    Petitioner,

vs.                                       Case No. 4:07cv188-RH/WCS

JAMES R. McDONOUGH,

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 with supporting exhibits, and a statement of limitations. Docs. 1 and 2. He also filed a motion to proceed in forma pauperis with a prisoner consent form and financial certificate. Docs. 4 and 4.

Petitioner challenges the calculation of his gain time by the Florida Department of Corrections. He is serving a sentence imposed in Broward County Florida, and is incarcerated at Sumter Correctional Institution. Jurisdiction is appropriate in the Southern and Middle Districts, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d). It is noted that Petitioner sought § 2254 relief from the Broward County judgment in the Southern District of Florida, Fort Lauderdale

Division. Case No. 0:04cv61134-CMA. By order entered on the docket on May 24, 2007, the court reopened the time for filing an appeal. Doc. 45 in that file (available in PACER).

Though Petitioner may have an appeal pending case in the Southern District, the district of confinement would appear to be the most convenient and appropriate venue for this petition challenging the execution (rather than imposition) of sentence. The petition should therefore be transferred to the Middle District of Florida under § 2241(d). *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on June 7, 2007.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.