# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SCOTT EARLE,

      Petitioner,

v.                                        CASE NO.  4:07cv188-RH/WCS

JAMES R. McDONOUGH,

      Respondent.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 6) and the objections thereto (document 7). I have reviewed <u>de novo</u> the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Middle District of Florida. The clerk shall take all actions necessary to effect the transfer.

SO ORDERED this 26th day of June, 2007.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge